UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

C.S.C. ENTERPRISES, INC., d/b/a
SCULLY'S TAVERN,

    Debtor.
_____/

C.S.C. ENTERPRISES, INC. d/b/a
SCULLY'S TAVERN,

    Plaintiff,

v.

EQUTIY ONE (FLORIDA PORTFOLIO), LLC.,

    Defendant.
_____/

Chapter 11

Case No.: 21-11549-RAM

Adv. Case No. 21-01132-RAM

## NOTICE OF FILING LANDLORD'S MOTION TO COMPEL AND FOR THE IMPOSITION OF SANCTIONS AND/OR IN THE ALTERNATIVE AN ORDER TO SHOW CAUSE AND HEARING NOTICE

**COMES NOW,** the Debtor, **C.S.C. ENTERPRISES, INC., d/b/a SCULLY'S TAVERN** by and through undersigned counsel, and hereby files this notice of filing Landlord's Motion to Compel and for the Imposition of Sanctions and/or in the Alternative an Order to Show Cause and Hearing Notice.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing response was sent via USPS Mail or electronic transmission to every party parties set forth in the NEF dated this **14th** day of **April 2021.**

                                        CORONA LAW FIRM, P.A.

                                        /s/ Ricardo Corona, Esq.
                                        RICARDO R. CORONA, ESQ.
                                        Florida Bar No. 111333
                                        3899 NW 7 Street, Second Floor

Miami, FL 33126
bk@coronapa.com
(305) 547-1234 Phone
(305) 266-1151 Fax

**Via CM/ECF**
U.S. TRUSTEE
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
Steven.D.Schneiderman@usdoj.gov

Equity One (Florida Portfolio) LLC
Ryan E. Davis – Attorney for Landlord/Creditor
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 880
Winter Park, FL 32790-0880
rdavis@whww.com


Tarek Kiem – Subchapter V Trustee
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114
Lake Worth, FL 33467
tarek@kiemlaw.com

**Via U.S. Mail to:**

CSC Enterprises, Inc. DBA Scully's Tavern
9809 SW 72 Street
Miami, FL 33173

All creditors and parties in interest listed on the mailing matrix attached hereto.

Filing # 123502770 E-Filed 03/22/2021 12:22:14 PM

CIRCUIT COURT, ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2020-024897-CA-01

EQUITY ONE (FLORIDA PORTFOLIO) LLC, a Florida limited liability company,

                              Plaintiff,
v.

C.S.C. ENTERPRISES, INC. /dba/ SCULLY'S, a Florida corporation, CHRIS HIRSH and CASSANDRA HIRSH, jointly and severally,

                              Defendants./
_____/

## PLAINTIFF'S MOTION TO COMPEL AND FOR THE IMPOSITION OF SANCTIONS AND/OR IN THE ALTERNATIVE AN ORDER TO SHOW CAUSE

COMES NOW Plaintiff, EQUITY ONE (FLORIDA PORTFOLIO) LLC, by and through its undersigned counsel and hereby files this, its Motion for Imposition of Sanctions and/or in the Alternative an Order to Show Cause against Defendants, CHRIS HIRSH and CASSANDRA HIRSH, and states:

1. That Plaintiff served its Request for Production, Request for Admissions, and Interrogatories upon Defendants, CHRIS HIRSH and CASSANDRA HIRSH, with the Summons and Complaint on December 15, 2021.

2. That a Motion to Stay Discovery of in the Alternative, Motion for Extension of Time to Respond to Discovery was filed on behalf of the Defendants, CHRIS HIRSH and CASSANDRA HIRSH, on January 13, 2021.

3. That on February 10, 2021, an Agreed Order on Defendants' Motion to Stay Discovery of in the Alternative, Motion for Extension of Time to Respond to Discovery was entered by the Court which required the Defendants, CHRIS HIRSH and CASSANDRA HIRSH, to provide completed responses to the Plaintiff's Request for Production, Request for Admissions, and Interrogatories on or before March 2, 2021. A copy of the Agreed Order is attached as Exhibit "A."

4. Despite the Court's Order, Defendants have failed to timely provide their responses to Plaintiff's Request for Production and Interrogatories on or before March 2, 2021.

5. Pursuant to Rule 1.380, Fla.R.Civ.P., in the event a party fails to answer discovery

submitted under Rule 1.340, this Court is permitted to compel that party to answer the aforementioned discovery. Herold v. Computer Components International, Inc., 252 So.2d 576 (Fla. 4th DCA 1971).

6. Pursuant to Rule 1.380, Fla.R.Civ.P., in the event a party fails to make discovery, this Court is permitted to make any of the following orders:

a) An Order that the matters regarding which the questions were asked or any other designated facts shall be taken to be established for the purposes of the action in accordance with the claim of the party obtaining the Order;

b) An Order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting him from introducing designated matters in evidence;

c) An Order striking out pleadings or parts of them or staying further proceedings until the Order is obeyed, or dismissing the action or proceeding or any part of it, or rendering a judgment by default against the disobedient party.

7. Pursuant to Rule 1.380, Fla.R.Civ.P., in the event that Plaintiff's Motion is granted, this Court shall require Defendants, CHRIS HIRSH and CASSANDRA HIRSH, to pay all reasonable expenses of Plaintiff's attorney fees.

WHEREFORE, the Plaintiff, EQUITY ONE (FLORIDA PORTFOLIO) LLC, requests the entry of a Show Cause Order requiring Defendants, CHRIS HIRSH and CASSANDRA HIRSH, to show cause why she failed to provide completed responses to the Request for Production and Interrogatories, along with sanctions pursuant to Florida Rule 1.380 and any other relief deemed proper and just.

I HEREBY CERTIFY that a copy of this notice was faxed to the Judicial Assistant at (305) 349-7457 and emailed to Ricardo Corona, Corona Law Firm, P.A., 3899 NW 7th Street, Second Floor, Miami, FL 33126, civil@coronapa.com, ricky@coronapa.com, March 22, 2021.

                COHEN LEGAL

By: /s/ Richard S. Cohen
     RICHARD S. COHEN - FL Bar No. 329983
By: /s/ Jason L. Cohen
     JASON L. COHEN - FL Bar No. 74340
     Attorneys for Plaintiff
     811-A North Olive Avenue
     West Palm Beach, Florida 33401
     Phone: 561-659-0901; Fax: 561-659-0902
     E-mail: rscohen@rscohenesqlaw.com
             jcohen@rscohenesqlaw.com

Filing # 121198828 E-Filed 02/10/2021 09:36:04 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-024897-CA-01
SECTION: CA32
JUDGE: Mark Blumstein

**EQUITY ONE (FLORIDA PORTFOLIO) LLC**

Plaintiff(s)

vs.

**C S C ENTERPRISES INC et al**

Defendant(s)
_____ /

### AGREED ORDER ON DEFENDANT'S MOTION TO STAY DISCOVERY OR IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

THIS CAUSE came before the Court upon the Defendants', C.S.C. ENTERPRISES, INC. /dba/ SCULLY'S, CHRIS HIRSH and CASSANDRA HIRSH (hereinafter "Defendants") Motion to Stay Discovery or in the Alternative Motion for Extension of Time to Respond to Discovery, and the Court after being advised of the Agreement of the Parties with respect thereto and being otherwise fully advised in the premises, it is hereby
ORDERED AND ADJUDGED as follows:
1. The Defendants' Motion for Extension of Time is granted.
2. The Defendants shall each file responses to the Plaintiff's Request for Production, Interrogatories and Request for Admissions on or before March 2, 2021.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 10th day of February, 2021.

2020-02~~4897-CA-01~~ 02-10-2021 9:

2020-024897-CA-01 02-10-2021 9:23 PM
Hon. Mark Blumstein

**CIRCUIT COURT JUDGE**
Electronically Signed

Case No: 2020-024897-CA-01


EXHIBIT A

Page 1 of 2

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Ricardo Corona, rcorona@coronapa.com
Ricardo Corona, ricky@coronapa.com
Ricardo Corona, mhernandez@coronapa.com
Richard S Cohen, rscohen@rscohenesqlaw.com
Richard S Cohen, pleadings@rscohenesqlaw.com
Richard S Cohen, jcohen@rscohenesqlaw.com
Yung Truong, ytruong@coronapa.com
Yung Truong, Civil@coronapa.com

**Physically Served:**

Filing # 124133272 E-Filed 03/31/2021 05:33:42 PM

CIRCUIT COURT, ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2020-024897-CA-01

EQUITY ONE (FLORIDA PORTFOLIO) LLC, a Florida limited liability company,

                                              Plaintiff,

v.

C.S.C. ENTERPRISES, INC. /dba/ SCULLY'S, a Florida corporation, CHRIS HIRSH and CASSANDRA HIRSH, jointly and severally,

                                           Defendants./

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned has scheduled for hearing in the above cause, the following:

DATE/TIME:      **May 4, 2021, at 10:00 a.m.**

A ZOOM LINK WILL BE CREATED BY THE COURT. **PLEASE WAIT UNTIL A DAY BEFORE YOUR SCHEDULED HEARING** FOR THE COURT TO SEND YOU AN EMAIL CONTAINING A ZOOM LINK AND INSTRUCTIONS.

JUDGE:      Mark Blumstein

SPECIFIC MATTERS: Plaintiff's Motion to Compel and for the Imposition of Sanctions and/or in the Alternative, an Order to Show Cause

*The undersigned does hereby notify that a bona fide effort to resolve this matter, or to narrow the issues, has been or will be made prior to the date of this hearing.*

I HEREBY CERTIFY that a copy of this notice was faxed to the Judicial Assistant at (305) 349-7457 and emailed to Ricardo Corona, Corona Law Firm, P.A., 3899 NW 7th Street, Second Floor, Miami, FL 33126, civil@coronapa.com, ricky@coronapa.com,  March 31, 2021.

                                              COHEN LEGAL

                                        By:   */s/ Richard S. Cohen*
                                                RICHARD S. COHEN - FL Bar No. 329983
                                        By:   */s/ Jason L. Cohen*
                                                JASON L. COHEN - FL Bar No. 74340
                                                Attorneys for Plaintiff
                                                811-A North Olive Avenue
                                                West Palm Beach, Florida    33401
                                                Phone:    561-659-0901; Fax:    561-659-0902
                                                E-mail:    rscohen@rscohenesqlaw.com
                                                               jcohen@rscohenesqlaw.com

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 N.W. 1st Avenue, Suite 2400, Miami, Florida 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, Email: ADA@jud11.flcourts.org at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before this scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.